IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Attorneys for Plaintiffs,
WARNER CHILCOTT COMPANY, LLC and
WARNER CHILCOTT (US), LLC

---

WARNER CHILCOTT COMPANY, LLC and
WARNER CHILCOTT (US), LLC,

    Plaintiffs,

MISSION PHARMACAL COMPANY,

    Defendants.

Civil Action No: 2:09-cv-02025-WJM-MF

## WAIVER OF SERVICE OF SUMMONS

TO:    William J. Heller,

    Mission Pharmacal Company ("Mission"), through its counsel, acknowledges receipt of Plaintiff's request that Mission waive service of a summons in the action of *Warner Chilcott Company, LLC, et al. v. Mission Pharmacal Company*, which is Civil Action No.2:09-cv-02025-WJM-MF in the United States District Court for the District of New Jersey. Mission, through its counsel, has also received a copy of the Complaint in the action, two copies of this instrument, means by which it can return the signed waiver to Plaintiff's counsel without costs to it, and a statement of Duty to Avoid Unnecessary Costs of Service of Summons as proscribed by the Federal Rules of Civil Procedure.

    Mission, through its counsel, agrees to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that it be served with judicial process in the manner provided by Rule 4.

Mission will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

Mission, through its counsel, understands that a judgment may be entered against it if an answer or motion under Rule 12 is not served upon Plaintiff's counsel within 60 days after the date the request for a waiver of service was sent, August 13, 2009.

Date Aug. 18, 2009

C. Lee Cusenbary Jr., Esq.
General Counsel
Mission Pharmacal Company
10999 IH-10 West, Ste. 1000
San Antonio, Texas 78278